IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SILAS MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv228-MHT |
| | ) | (WO) |
| LT. C. BENNETTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 7) is granted and that defendants L. Hulett and C. Simmons are dismissed and terminated as parties.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 5th day of May, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE