IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SILAS MARTIN,                   )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )      2:15cv228-MHT
                                )
LT. C. BENNETTS and COI.        )
J. WRIGHT,                      )
                                )
     Defendants.                )
```

ORDER

Upon an independent and de novo review of the record, it is ORDERED that:

(1) The plaintiff's objection (doc. no. 11) is overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 3) is adopted.

(3) The plaintiff's motion for preliminary injunction (doc. no. 1) is denied.

    **(4) This cause is referred back to the magistrate judge for further proceedings.**

    **DONE, this the 27th day of May, 2015.**

                                       /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**